IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EBRAHIM SHABUDIN,<br><br>Petitioner,<br><br>v.<br><br>ANTHONY CASTELLANO, Chief U.S. Probation Officer, Northern District of California, in his official capacity,<br><br>Respondent. | Case No.: 4:22-CV-02057-JSW<br><br>[PROPOSED] ORDER DISMISSING VERIFIED PETITION FOR A WRIT OF HABEAS CORPUS<br><br>Re: Dkt. No. 18 |

For good cause shown, Petitioner's motion for voluntary dismissal of his petition for a writ of habeas corpus is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED: September 27, 2023

_____
HONORABLE JEFFREY S. WHITE
Senior United States District Judge